## BEECHER DURHAM v. STATE.

No. A-8786.   Dec. 14, 1934.
(39 Pac. [2d] 1119.)

H. S. McArthur and Luther Lane, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson and J. H. Lawson, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error, hereinafter called defendant, was convicted in the district court of Tulsa county of second degree burglary and sentenced to serve seven years in the state penitentiary.

The record in this case has been carefully examined. We have no doubt of defendant's guilt, and we find no material error.

Under the evidence, however, we find the maximum punishment is excessive.

The sentence is therefore reduced to four years.